IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANTHONY TURNER-MCNEILL, JR. ) | | Plaintiff, |
| ) | | |
| v.             ) | Civil Action No.: 3:23-cv-660 | |
| ) | | |
| HAMZE DAHIR NUR, and   ) | | |
| ) | | |
| And              ) | | |
| ) | | |
| KARDAN TRUCKING, INC.   ) | | Defendant. |

**STIPULATION OF DISMISSAL**

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii), and upon request of the Plaintiff and the consent of the Defendant, this action shall be, and hereby is, dismissed voluntarily with prejudice.  Each party shall bear its own costs.

_____/s/_____, p.d.
Joshua S. Berman, Esquire (VSB #84720)
DROSS BERMAN LLC
11140 Rockville Pike, Suite 500
Rockville, MD 20852
240-403-7200
240-667-1673 Fax
Josh@drossberman.com
*Counsel for Plaintiff*

_____/s/_____, p.d
Carter T. Keeney, Esquire (VSB# 82275)
Wm. Tyler Shands, Esquire (VSB# 25997)
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, Virginia 23235
Telephone:     (804) 747-7470
Facsimile:     (804) 747-7977
ckeeney@carterandshands.com
wtshands@carterandshands.
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 29$^h$ of April 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua S. Berman, Esquire (VSB #84720)
DROSS BERMAN LLC
11140 Rockville Pike, Suite 500
Rockville, MD 20852
240-403-7200
240-667-1673 Fax
Josh@drossberman.com
*Counsel for Plaintiff*

                                                              _____/s/_____, p.d.
Carter T. Keeney, Esquire (VSB# 82275)
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, VA 23235
Telephone:    (804) 747-7470
Facsimile:    (804) 747-7977
ckeeney@carterandshands.com
*Counsel for Defendants*