IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY TURNER-MCNEILL, JR., )
)
    Plaintiff, )
)
v. )   Civil Action No. 3:23-cv-660–HEH
)
HAMZE DAHIR NUR, )
and )
KARDAN TRUCKING, INC., )
)
    Defendants. )

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 15), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties represent that all matters of controversy have been fully resolved and compromised. Accordingly, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                      /s/
                                            Henry E. Hudson
                                            Senior United States District Judge

Date: April 29, 2024
Richmond, VA